IT IS SO ORDERED.

Dated:  4 January, 2022 03:21 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In Re:  Gerald W. Jones  Debtors | CASE NO. 20-10767  CHAPTER 13  JUDGE JESSICA PRICE SMITH |
|---|---|

### ORDER GRANTING DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

This case came on for consideration of the debtor's motion for voluntary dismissal, ("Debtor's Motion").

**IT IS THEREFORE ORDERED** that the Debtor's Motion states good cause and it hereby is GRANTED

**IT IS SO ORDERED.**

###

Submitted by,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
31369 Saint Andrews
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

## SERVICE LIST

Lauren Helbling, Chapter 13 Trustee, via ecf at ch13trustee@ch13cleve.com

William J. Balena on behalf of debtor, via ecf at docket@ohbksource.com

Milos Gvozdenovic on behalf of Commstar Community Credit Union via ecf at mgovzodenovic@weltman.com

Roger W. Goranson on behalf of Creditor First Federal Savings & Loan Association of Lorain rgoranson@gpblaw.com

All Creditors and Parties in Interest